UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WAYNE ALAN BURTON,

          Petitioner,

  v.

PATRICK R. GLEBE,

          Respondent.

CASE NO. C15-5424 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 22. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner has failed to show he is entitled to relief on the grounds raised in his petition, therefore the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED**;

(3) A certificate of appealability is **DENIED**; and

ORDER - 1

(4)   This case is closed.

Dated this 31st day of August, 2016.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge